423 A.2d 1325

Commonwealth v. Darras, Appellant.

 Submitted December 8, 1978.
Robert E. Kerper, Jr., Assistant Public Defender, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.